860

R. RUTHENBURG, Suing for Himself and All Other Stockholders of the Banco-Kentucky Company, Defunct, Appellants, v. LOUISVILLE TRUST COMPANY and Chemical Bank & Trust Company, Appellees.

No. 11278.

United States Court of Appeals
Sixth Circuit.

Oct. 19, 1951.

R. Ruthenburg, W. C. Edrington, Louisville, Ky., for appellant.

Ogden, Galphin & Abell, and Blakey Helm, and Percy Brown, Jr., all of Louisville, Ky., for appellees.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the District Court be and the same is hereby affirmed upon the authority of Reese v. Louisville Trust Co., 6 Cir., 58 F.2d 638, Emmons v. Smitt, 6 Cir., 149 F.2d 869, and Givens v. Moll, 5 Cir., 179 F.2d 765.

Christ WILLIAMS, Appellant, v. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA et al., Appellees.

No. 11283.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1951.

Peter DiLeone and Sheldon D. Clark, Cleveland, Ohio, for appellant.

Jerome N. Curtis, Cleveland, Ohio, for appellees.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and on the briefs and oral arguments of attorneys for the parties;

And it appearing that the District Court properly dismissed the complaint of appellant;

The judgment of the District Court, 81 F. Supp. 150, is ordered to be affirmed upon the principles enunciated by this court in Reigel v. Harrison, 6 Cir., 157 F.2d 140.

Raymond WRIGHT, Appellant, v. UNITED STATES of America, Appellee.

No. 12868.

United States Court of Appeals
Ninth Circuit.

Oct. 19, 1951.

Rehearing Denied Dec. 14, 1951.

Julien A. Hurley, C. P. Coughlan, Fairbanks, Alaska, for appellant.

Everett W. Hepp, U. S. Atty., Hubert A. Gilbert, Asst. U. S. Atty., Fairbanks, Alaska, for appellee.

Before MATHEWS and STEPHENS, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

Appellant, Raymond Wright, was indicted for violating § 65–9–21, Alaska Compiled Laws, Annotated. He had a jury trial and was found guilty as charged. Thereupon a judgment was entered sentencing him to be imprisoned for three years, and he appealed. No error appearing, the judgment is affirmed.